UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YICK MAN MUI,

                              Petitioner,

     - against -

UNITED STATES OF AMERICA,

                              Respondent.
-----------------------------------------------------------X

99 CV 3627 (SJ)

**ORDER**

A P P E A R A N C E S

Yick Man Mui
#31762-037
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA 17887
Petitioner
*Pro Se*

ROSLYNN R. MAUSKOPF, ESQ.
United States Attorney
One Pierrepont Plaza
Brooklyn, New York 11201
By:    Peter Norling, Esq.
Attorney for Respondents

JOHNSON, Senior District Judge:

      Before the Court is a motion by the Petitioner, Yick Man Mui ("Petitioner"), to amend or alter (the "Motion to Amend") this Court's Memorandum and Order dated February 9, 2005, in which the Court denied Petitioner's motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255.

      Prior to conducting further proceedings in this case, the Court hereby directs

the government to serve and file a response to the Motion to Amend no later than 45 days from the date of entry of this order. Should Petitioner wish to reply to the government's response, he must do so no more than 45 days from the date on which the government serves and files its response.

SO ORDERED.

Dated: June 7, 2006
      Brooklyn, New York

                                              Senior U.S.D.J.

P-049