# OBEID & LOWENSTEIN, LLP
www.fo-ml.com

**Fran Obeid**
Tel. 212-616-3040
Cell. 917-656-4689
Fax. 917-720-9089
fran@fo-ml.com

March 8, 2012

**FILED VIA ECF**

The Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: **Yick Man Mui v. United States**
       **1:99-cv-03627-SJ-RER**

Your Honor:

  I represent the Petitioner Yick Man Mui.

  On March 1, 2012, the Honorable Magistrate Judge Ramon Reyes issued his Report and Recommendation (the "Report") denying Mr. Mui's petition for a writ of habeas corpus.

  I have reviewed the Report with Mr. Mui and am requesting until May 15, 2012, to submit objections to Your Honor. The government consents to our request for an extension. I also ask that Mr. Mui remain at the MDC Facility so that I may work with him on the objections. Thank you.

                 Respectfully,

                 Fran Obeid

cc: AUSA Scott Dunn (via email)